UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Benjamin D. Lewis, hereinafter referred to as your affiant, a Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, state and depose as follows:

BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so since June, 2023. I am currently assigned to the FBI's San Juan Division, Violent Crimes / Major Offenders Squad. As an FBI Special Agent I have received extensive training in a variety of investigative and legal matters of violations of federal and state law. Your affiant is "an investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code. Your affiant is therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code. During my employment with the FBI, I have participated in various violent crime investigations to include Hobbs Act robberies, carjackings, assaults on federal officers, and more. I have conducted these investigations alongside experienced FBI Special Agents (SAs) and other Task Force Officers (TFOs).

2. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 USC § 111(a)(1)) Assaulting, Resisting, or Impeding a Federal Officer Involving Physical Contact have been committed.

3. The information contained in this affidavit was obtained from the investigation conducted by your affiant and TFO Brenda Matías. Because this affidavit is made for the limited purpose of establishing probable cause for the arrest warrant, your affiant has not recited each and every fact known to your affiant as a result of this investigation.

RELEVANT FACTUAL ALLEGATIONS

4. On November 15, at about 9:30am, in the area of Puerto Nuevo, San Juan, Puerto Rico, DARWIN LEONEL PEROSO-BIGAY forcibly assaulted, resisted, opposed, impeded,

intimidated, or interfered, involving physical contact, with Homeland Security Investigations (HSI) Agent 1 (HSI Agent 1), and HSI Agent 2 (HSI Agent 2), while both were engaged in the performance of their official duties and that assault involved physical contact.

5. HSI Agent 1 and HSI Agent 2 are federal law enforcement officers designated under 18 U.S.C. § 1114, specifically, Special Agents with Homeland Security Investigations, a component of the U.S. Department of Homeland Security.

6. On November 15, 2025, at about 9:30am, HSI Agent 1 and HSI Agent 2 were conducting consensual encounters in the area of Calle Bahía in Puerto Nuevo, San Juan, Puerto Rico. These activities constitute the performance of their official duties. All HSI Agents were dressed in visibly marked tactical vests stating they were Federal police.

7. HSI Agent 1 and another HSI Agent (HSI Agent 3) approached PEROSO-BIGAY, who was painting a gate, to carry out a consensual encounter. As they approached PEROSO-BIGAY, screams rang out saying "corre, corre, corre!" which translates to "run, run, run!". At which point, PEROSO-BIGAY ran towards the garage gate of the house he was painting, turned around, and intentionally punched HSI Agent 1 in the mouth with a closed fist, specifically striking HSI Agent 1 in the lip, while also trying to close the garage gate behind him.

8. PEROSO-BIGAY then ran through the house to the backyard, being pursued by HSI Agent 1. PEROSO-BIGAY exited the back yard of the residence via a side gate back onto the street from which he was painting the house. PEROSO-BIGAY then ran east, being pursued by at least three HSI Agents.

9. Security camera footage shows PEROSO-BIGAY fall down, evade escape, and run west, back the way he came.

10. PEROSO-BIGAY then ran to the same garage gate he had previously entered, trying to shut the gate behind him again.

11. However, HSI Agent 2 pursued PEROSO-BIGAY and kept PEROSO-BIGAY from shutting the gate and fleeing. As HSI Agent 2 tried to keep the gate from closing, PEROSO-BIGAY hit HSI Agent 2 in the chest four to five times with open and closed fists.

12. PEROSO-BIGAY then ran back through the house towards the backyard again. At this point, PEROSO-BIGAY continued to try to escape, but was subdued by HSI Agent 1, and HSI Agent 2, with HSI Agent 2 successfully deploying a taser on PEROSO-BIGAY.

13. Another HSI Agent (HSI Agent 4) corroborated part of this account, positively witnessing PEROSO-BIGAY turn around and punch HSI Agent 1 in the mouth.

14. As depicted below, HSI Agent 1 immediately suffered a lacerated, bloody, and swollen lip from the punch. HSI Agent 1 also suffered scratches, marks, and swelling on the right arm from the pursuit and struggle with PEROSO-BIGAY.



15. When PEROSO-BIGAY was subdued and being restrained with handcuffs, HSI Agent 1 told PEROSO-BIGAY "me diste" which translates to "you hit me". To which PEROSO-BIGAY replied, "me estaba defendiendo, me estaba defendiendo" which translates to "I was defending myself, I was defending myself".

## CONCLUSION

16. Based on the information above, your affiant submits that there is probable cause to believe that PEROSO-BIGAY violated the following federal offenses: 18 USC § 111(a)(1) Assaulting, Resisting, or Impeding a Federal Officer involving Physical Contact.

17. I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

**Benjamin D. Lewis**
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me, pursuant to FRCP 4.1, at  7:35pm  by telephone, this  16th  day of November, 2025.

**Mariana E. Bauza Almonte**
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO